# Criminal Case Cover Sheet – U.S. District Court

18 - CR - 114 - JDP

## Place of Offense:

City: Madison

County/Parish: Dane

4549 Martha Lane
Madison, WI 53714

## Related Case Information:

Superseding

Same Defendant

Docket Number

New Defendant  X

Magistrate Judge Case Number

Search Warrant Case Number

R 20 / R40 from District of

## Defendant information:

Matter to be Sealed _____ Yes _____ ✓ No

Def. Name: Thomas A. Caldwell

Alias Name:

City/State: Madison, WI

Year of Birth: 01/22/1950     Last 4 digits of SSN  5300

Sex: Male     Race: White

## U.S. Attorney Information:

Timothy M. O'Shea     Bar #:

Interpreter: ✓ No _____ Yes     List language and/or dialect:

## Location Status:

Arrest Date: _____

_____ Already in Federal Custody as of: _____ in _____

_____ Already in State Custody

_____ On Pretrial Release

## U.S.C. Citations:

Total # of Counts:  1     _____ Petty     _____ Misdemeanor     ✓ Felony

_____ Class A

_____ Class B

_____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(a)(1)(A) | Not being a licensed dealer of firearms | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: August 7, 2018     Signature  /s/  Timothy M. O'Shea