IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.

THOMAS A. CALDWELL,

Defendant.

INFORMATION

Case No. 18-CR-114-JDP

18 U.S.C. § 922(a)(1)(A)

---

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

From on or about December 15, 2015, to on or about February 16, 2018, in the Western District of Wisconsin, the defendant,

THOMAS A. CALDWELL,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms.

(In violation of Title 18, United States Code, Section 922(a)(1)(A)).

8/6/18
Date

SCOTT C. BLADER
United States Attorney