

**U.S. Department of Justice**

**Scott C. Blader**
**United States Attorney**
**Western District of Wisconsin**

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

August 21, 2018

U.S. Probation Office
222 W. Washington Avenue, Suite 340
Madison, WI 53703

    Re:    *United States of America v. Thomas A. Caldwell*
            Case No: 18-CR-114-jdp

Dear U.S. Probation Office:

    Enclosed please find USB drive, No. 051, containing the discovery in this case. As noted on the device, this USB drive is the property of the U.S. Attorney's Office. At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S. Attorney's Office, attention Shari Heiser. The USB drive is password protected. My colleague, Shari Heiser, will email the password for the enclosed USB drive to Mr. Chris Niemcek, Administrative Assistant. You will find a log of the discovery provided on the USB drive. The discovery log is labeled *20180816 Caldwell Discovery Log.xlsx*.

    The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to future discovery requests beyond the scope of its obligations.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

SCOTT C. BLADER
United States Attorney

By: _____
TIMOTHY M. O'SHEA
Assistant United States Attorney

Enclosure