

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

October 19, 2018

Catherine V. Cwirla
U.S. Probation Officer
222 W. Washington Avenue, Suite 340
Madison, WI 53703

    Re:    *United States v. Thomas A. Caldwell*
           Case No. 18-cr-114-jdp

Dear Ms. Cwirla:

    I have reviewed the presentence investigation report (PSR) prepared in the above-captioned case. I have no objections either to the guideline calculations or to the proposed supervised release conditions.

                                                  Very truly yours,

                                                 SCOTT C. BLADER
                                                 United States Attorney

                                By:        /s/
                                                 TIMOTHY M. O'SHEA
                                                 Assistant United States Attorney

TMO/sdh

ecf:    Chief United States District Judge James D. Peterson
           Attorney Peter R. Moyers