IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    v.                                  Case No. 18-cr-114-jdp

THOMAS A. CALDWELL,

        Defendant.

---

AGREEMENT REGARDING FIREARMS AND AMMUNITION

---

I, Thomas Caldwell, agree, in connection with the criminal and civil cases against me in the U.S. District Court in the Western District of Wisconsin (Case Nos. 18-cv-464 and 18-cr-114-JDP), that the attached list of firearms seized at my home on February 16, 2018, along with the ammunition seized the same day, shall be released to BluRaven Gunsmithing, a Federal Firearms Licensee, and any proceeds (after expenses and fees to BluRaven Gunsmithing) from the sale of the firearms and ammunition be provided to me.

I understand that I can no longer possess firearms or ammunition and I have chosen BluRaven Gunsmithing to dispose of the firearms and ammunition. I understand and agree that the United States, specifically, the U.S. Attorney's Office and ATF, is not a party to this consignment and that I am solely responsible for collecting the proceeds, if any, from the sale of the firearms and ammunition.

Last, by my signature below, I release and discharge the United States, its officers, agents, and employees, from any and all actions, damages, or demands whatsoever in connection with the seizure, detention, criminal or civil proceedings, or release for consignment/resale as described above. I understand that this release does not preclude me from appealing my conviction or sentence in *United States v. Thomas Caldwell*, No. 18-cr-114-JDP.

_____  _____
Thomas A. Caldwell              Date  11-30-18

Timothy O'Shea, by my signature below, agree to the above terms on behalf of the United States.

SCOTT C. BLADER
United States Attorney

By: _____
TIMOTHY M. O'SHEA
First Assistant U. S. Attorney

ATF SA MICHAEL KLEMUNDT _____ 5365 11/30/2018
ATF SFI MICHAEL ZEIHEN  Michael R. Zeihen  11/30/2018

2

*[signature]* Thomas G Cockrell

Attachment: Inventory of the property taken: 11-30-18

1. Ruger, model: M77 Hawkeye, 338 caliber rifle, SN: 710-45573
2. Marlin Firearms Co., model: 336RC, 32 caliber rifle, SN: P11582
3. Zastava, model: M85, 762 caliber rifle, SN: Z-D-03634
4. Marlin Firearm Co., model: 336, 30-30 caliber rifle, SN: 25057084
5. Rossi, model: M511, 22 caliber revolver, SN: L024530
6. Heckler & Koch Inc., model: USP45 Compact, 45 caliber pistol, SN: 29027893
7. Marlin Firearms Co., model: 336, 35 caliber rifle, 69 57730
8. Taurus, model: PT1911, 45 caliber pistol, SN: NKT87287
9. Charter Arms, model: Unknown, unknown caliber revolver, SN: 10-05035
10. Heckler & Koch Inc., model: P30, 40 caliber pistol, SN: 219009490
11. Smith & Wesson, model: M&P 15, 556 caliber rifle, SN: 58431
12. Heckler & Koch Inc., model: P2000, 9 mm caliber pistol, SN: 116051857
13. Walther, model: P99, 40 caliber pistol, SN: FBC0474
14. Glock GMBH, model: 20, 10 mm pistol, SN: NEE688
15. Sig-Sauer, model: P238, 380 caliber pistol, SN: 27B134469
16. Savage, model: Axis, 308 caliber rifle, SN: K412511
17. CZ (Ceska Zbrojovka), model: CZ82, 9mm caliber pistol, SN: 197143
18. Smith & Wesson, model: M&P 15, 556 caliber rifle, SN: SZ26296
19. Rossi, model: unknown, unknown caliber revolver, SN: AB063889
20. Savage, model: 116, 270 caliber rifle, SN: G831619
21. Beretta USA Corp., model: 21A, 25 caliber pistol, SN: BES16560V
22. Zastava, model: M57, 762 caliber pistol, SN: ZM570003565
23. Jager, model: unknown, unknown caliber revolver, SN: 37823
24. Jager, model: unknown, unknown caliber revolver, SN: 43313
25. Mossberg, model: 590, 12 gauge shotgun, SN: L783480
26. Walther, model: PPS, 40 caliber pistol, SN: AU9810
27. Jager, ARMI, model: Frontier, Unknown caliber revolver, SN: N56307
28. Savage, model: 111, 300 caliber rifle, SN: J203042
29. Glock GMBH, model: 38GEN3, 45 caliber pistol, SN: UUS779
30. CZ (Ceska Zbrojovka), model: CZ83, unknown caliber pistol, SN: A359487
31. Savage, model: Axis, 7-08 caliber rifle, SN: H609311
32. Glock GMBH, model: 31, 357 caliber pistol, SN: KZF860
33. Taurus, model: 66, 357 caliber revolver, SN: LM380197
34. Ruger, model: 10/22, 22 caliber rifle, SN: 125-27633
35. Taurus, model: Tracker, 41 caliber revolver, SN: VK993902
36. Mossberg, model: 100 ATR, 243 caliber rifle, SN: BA200244
37. Savage, model: 99E, 300 caliber rifle, SN: 1056323
38. Taurus, model: PT99AF, 9mm caliber rifle, SN: L26280
39. Savage, model: Axis, 25-06 caliber rifle, SN: H721064
40. Marlin Firearms Co., model: 1895, 45-70 caliber rifle, SN: MR69808B
41. F.N. (FN Herstal), model: unknown, unknown caliber rifle, SN: A7895
42. Unknown, model: unknown, unknown caliber rifle, SN: none
43. Enfield, model: No4MKI, 303 caliber rifle, SN: 14L8316
44. Unknown, model: unknown, unknown caliber rifle, SN: none
45. [redacted]

1